# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| WADE LAY, | ) |  |
|---|---|---|
|  | ) |  |
| Petitioner, | ) |  |
|  | ) |  |
| vs. | ) | CIV-15-230-RAW |
|  | ) |  |
| ANITA TRAMMELL, Warden, | ) |  |
|  | ) |  |
| Respondent. | ) |  |

## OPINION AND ORDER

Now before the court is Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. It has come to the court's attention that Petitioner was convicted in **Tulsa** County, Oklahoma, which is located within the territorial jurisdiction of the Northern District of Oklahoma. Therefore, in the furtherance of justice, this matter may be more properly addressed in that district.

Accordingly, pursuant to 28 U.S.C. § 2241(d), Petitioner's application for a writ of habeas corpus is hereby **transferred** to the **Northern** District of Oklahoma for all further proceedings.

**IT IS SO ORDERED** this 23rd day of June 2015.

**Dated this 23rd day of June, 2015.**

Ronald A. White
United States District Judge
Eastern District of Oklahoma